19-CV-1006-CG-MU

Corey L Diamond

V

IRS. = Internal Revenue service

I IRS Had took my kid and said They was Not mine to money for me form 2013 - 2019 send it to the SSA for Unemployment Compensation get proof and did not go by the book they was using so I am asking for a relief of 200,000 and there are 3 IRS Page USA.gov, IRS.com, white, orange, blue one I send the Information to the US FBI get information US FBI and you will see want they did

4204 Rollin D
mobile, AL
36612

Be Down to look a the computer

I do not have money to pay for Fee or Costs

IRS
Make and offer

Corey
4204 Rollins dr
mobile, AL 36618



155 Saint Joseph st
Mobile, AL 36602