# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 19-1006-CG-MU |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE**, prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B), because this Court lacks subject matter jurisdiction over a suit against the Internal Revenue Service ("IRS")—the IRS is not an entity that can be sued—and even treating this action as one against the United States, Plaintiff has failed to state a claim upon which relief may be granted. Plaintiff is hereby extended leave to file an amended complaint **no later than December 30, 2019**, *see Butler v. Morgan,* 562 Fed.Appx. 832, 835 (11th Cir. Apr. 3, 2014) (finding that a district court must grant a plaintiff at least one opportunity to amend his complaint before dismissal, even if the plaintiff never seeks leave to amend, if it appears that the filing of an amended complaint might cure noted deficiencies), but he is cautioned that he must supply additional information to satisfy this Court that it may exercise subject-matter jurisdiction and that he has a plausible claim for relief against the

United States.[1]

**DONE and ORDERED** this 16th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the event Plaintiff files an amended complaint, that amended complaint must be accompanied by an accurately-completed motion to proceed without prepayment of fees on this Court's form. Diamond is forewarned that any failure on his part to follow the instructions of this Court will result in the dismissal of this action with prejudice.